## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BOROUGH OF PALMYRA, | : | No. 697 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| RAYMOND U. BRANDT, | : | |
| | | |
| Petitioner | | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.